IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALANA COVEY                                                                                      PLAINTIFF

v.                                        Case No. 6:20-cv-06141

NATIONAL PARK COLLEGE                                                            DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of equal date, the Motion for Summary Judgment filed by Defendant National Park College (ECF No. 21) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 31st day of May 2022.


*/s/Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**